**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DC COMICS, a New York general partnership,<br><br>Plaintiff,<br>v.<br><br>DESIGNRULER, et al.,<br><br>Defendants. | Case No. 26-cv-06076<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S MOTION FOR ELECTRONIC**
**SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff DC Comics ("Plaintiff" or "DC") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 26th day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff DC Comics*