# EXHIBIT A

| No. | Seller Alias | Email Addresses |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED |
| 11 | ddmywed | markravenmatias@helphoupu.com |
| 12 | designershoesxz102 | designershoesxz102@163.com |
| 13 | dhselect1 | 18635887193@163.com |
| 14 | dhshoeshp | dhgate_shoe2024@163.com |
| 15 | inkandthink | 15135133360@163.com |
| 16 | DISMISSED | DISMISSED |
| 17 | lyw0512 | 15066893813@163.com |
| 18 | msoccer | 2927298520@qq.com |
| 19 | panda soccer | 1837749336@qq.com |
| 20 | popular_district1 | Gin5743@163.com |
| 21 | 1001fpsbusiness-9 | 1001fpsbusiness@gmail.com |
| 22 | accessoriestars | seviaindriani.id@gmail.com |
| 23 | admina888 | nanjingren4444@yeah.net |
| 24 | af08_45 | af0848203@gmail.com |
| 25 | airvel0 | rushmash44@wtxnet.com |
| 26 | alujac_45 | aluechejackosn@gmail.com |
| 27 | aminvishwa_0 | aminshikvishwadeniya@gmail.com |
| 28 | ammche_22 | ammianochenard@gmail.com |
| 29 | arartifact | ahmed.raza00786@gmail.com |
| 30 | arrijun0 | junaidiarrivaldi@yahoo.com |
| 31 | aurlioxim0 | philippdinielli@gmail.com |
| 32 | bilibang | wufengchui@aliyun.com |
| 33 | blanketcustom | missnikiarvi@gmail.com |
| 34 | DISMISSED | DISMISSED |
| 35 | cape_town | capetownposter@yahoo.com |
| 36 | chenuda_6 | chenudamaleesha@gmail.com |
| 37 | chinashop999 | hanzyss888@sina.com |
| 38 | cnc_posterstore | cncposterstore@gmail.com |
| 39 | crissi-51 | chrisrys0810@gmail.com |
| 40 | declan_793 | declan_anne@yahoo.com |
| 41 | decorationezone | irmakinantixnx@gmail.com |
| 42 | delnev59 | delshadnevitt@gmail.com |

| | | |
|---|---|---|
| 43 | dumira68 | dumirasampath@gmail.com |
| 44 | edenhi15 | edenhinkespro@hotmail.com |
| 45 | eeee54 | eeee4542@163.com |
| 46 | eliteoutlethub | cateeq030@gmail.com |
| 47 | fdsfdcf369 | lilizhubao999@163.com |
| 48 | gan_8777 | ganushanimnada@gmail.com |
| 49 | h6ls6ls3a-16 | h6ls6ls3a_4vaz6uhw@hotmail.com |
| 50 | hafid-damin | hafiddamin73@gmail.com |
| 51 | heniga64 | heniganpalma@gmail.com |
| 52 | hollywoodtoyposter | moviephotoworld@gmail.com |
| 53 | huajing88 | huami2024728@126.com |
| 54 | hunuera_0 | erangahunusuka@gmail.com |
| 55 | jehan-1413 | jehanlanka@gmail.com |
| 56 | JHON GUILLEN | krausserenfer@gmail.com |
| 57 | jinbdfafa99 | jbdfafa99@163.com |
| 58 | jingubang | jingubang108000@126.com |
| 59 | juicystar30 | starrvine@gmail.com |
| 60 | kangle1688 | doutamagundan@outlook.com |
| 61 | laksmadu-9812 | ebaydropshippingacc2@gmail.com |
| 62 | lily_gift | lily_cos@aol.com |
| 63 | lok812 | lok812mail@gmail.com |
| 64 | DISMISSED | DISMISSED |
| 65 | luxury-trends1 | adir2e.itamar@gmail.com |
| 66 | margaku_58 | kujamargaretha@gmail.com |
| 67 | materstore | ano234748@gmail.com |
| 68 | miracle_bay | miraculous0425@hotmail.com |
| 69 | na-303414 | anjelinapipin3@gmail.com |
| 70 | naige-0 | geinnaihara634@gmail.com |
| 71 | oliveradfor1 | oliver.radford@hotmail.com |